MITCHELL LAW GROUP, P.C.
295 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 893-6049
Fax: (646) 568-5325
j.mitchell@mitlawgrp.com

August 19, 2026

**VIA ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Consent Letter Motion for a 30-Day Stay -Marjan International Corp. v. Christopher Dickason: Case No. 1:26-cv-03563-SHS**

Dear Judge Stein:

We represent Defendant Christopher Dickason in the above-captioned action. Pursuant to Rule 1(E) of Your Honor's Individual Practices, Defendant respectfully requests, with Plaintiff's consent, a 30-day stay of all proceedings and deadlines to permit the parties to continue their ongoing settlement discussions.

The parties are engaged in good-faith discussions concerning a potential resolution of this matter. A brief stay would allow them to focus on those discussions while avoiding litigation expenses that may prove unnecessary. The requested stay is limited in duration and is not sought for purposes of delay.

The current deadlines affected by this request is the initial pretrial conference scheduled for August 20 at 3:30pm in Courtroom 23A . This is the parties' first request for a stay, and no prior

requests have been made. Plaintiff, through its counsel, Eric Hal Seltzer, Esq., consents to the requested relief.

Accordingly, Defendant respectfully requests that the Court stay all proceedings and deadlines for 30 days from the date of the Court's order. If the matter is not resolved during that period, the parties propose submitting a joint status letter within three business days after the stay expires advising the Court of the status of their discussions and proposing revised case-management deadlines, if necessary.

We thank the Court for its consideration.

Respectfully submitted,

MITCHELL LAW GROUP, P.C.

By: /s/ Jerome K. Mitchell
Jerome K. Mitchell, Esq.
Counsel for Defendant Christopher Dickason

cc: Eric Hal Seltzer, Esq. (via ECF)
Counsel for Plaintiff Marjan International Corp.

**The initial pretrial conference is adjourned until September 22, 2026, at 2:30 p.m. and will take place in Courtroom 23A. If a stipulation of dismissal is filed before September 22 the conference will be cancelled.**

with prejudice

**Dated: New York, New York**
**August 20, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**