UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

MARJAN INTERNATIONAL CORP., : 26-cv-3563 (SHS)

Plaintiff, : ORDER

-v-

:

CHRISTOPHER DICKASON,

:

Defendant.

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present;

IT IS HEREBY ORDERED that if defendant does not file for bankruptcy on or before December 10, 2026, there will be a pretrial telephone conference on December 14, 2026, at 10:00 a.m. via MS Teams.

Dated: New York, New York
November 12, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.